# EXHIBIT B

## 2023 CV 01268 HAYDU, MICHAEL -VS- REVIVAL FINANCIAL SOLUTIONS LLC et al SJO

- Case Type:
- CV - Civil
- Case Status:
- OPEN
- File Date:
- 08/24/2023
- DCM Track:
-
- Action:
- E-OTHER CIVIL
- Status Date:
- 08/24/2023
- Case Judge:
- OBRIEN, SEAN J
- Next Event:
-

| All Information | Party | Docket | Financial | Receipt | Disposition |
|---|---|---|---|---|---|

### Party Information

**HAYDU, MICHAEL**
**- PLAINTIFF**

- DOB
- DOD
- Disposition
- Disp Date

- Address
  438 N RHODES AVENUE
  NILES, OH 44446
- Phone

**Alias**

**Party Attorney**
- Attorney
  GARVINE, BRIAN M
- Attorney
  HECK, JEREMIAH

**More Party Information**

**REVIVAL FINANCIAL SOLUTIONS LLC**
**- DEFENDANT**

- DOB
- DOD
- Disposition
- Disp Date

- Address
  17011 BEACH BLVD
  SUITE 510
  HUNTINGTON BEACH, CA 92647
- Phone

**Alias**

**Party Attorney**

**More Party Information**

**ALLEVIATE FINANCIAL SOLUTIONS LLC**
**- DEFENDANT**

- DOB
- DOD
- Disposition
- Disp Date

- Address
  4 PARK PLAZA
  SUITE 500
  IRVINE, CA 92614
- Phone

**Alias**

**Party Attorney**

**More Party Information**

**GUARDIAN LITIGATION GROUP PLLC**
**- DEFENDANT**

- DOB

- Address

- DOD
- Disposition
- Disp Date

17922 FITCH STE 150
IRVINE, CA 92614
Phone

**Alias**

**Party Attorney**

**More Party Information**

## Docket Information

| Date | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|
| 08/24/2023 | DEPOSIT FROM:  Receipt: 468662  Date: 08/24/2023 | $72.00 | |
| 08/24/2023 | SPECIAL PROJECTS JUDGES  Receipt: 468662  Date: 08/24/2023 | $125.00 | |
| 08/24/2023 | E-INITIAL CIVIL FEE  Receipt: 468662  Date: 08/24/2023 | $56.00 | |
| 08/24/2023 | E-OTHER CIVIL COMPLAINT<br>Attorney: HECK, JEREMIAH (76742) | $27.00 | Image |
| 08/24/2023 | SUMMONS ISSUED TO  DEFENDANT(S). | $9.00 | |
| 08/24/2023 | Issue Date:  08/24/2023<br>Service:  OTHER CIVIL COMPLAINT W/ EXHIBITS<br>Method:  CERTIFIED MAIL WITH BAR CODE NEW<br>Cost Per:  $8.93<br><br>REVIVAL FINANCIAL SOLUTIONS LLC<br>17011 BEACH BLVD<br>SUITE 510<br>HUNTINGTON BEACH, CA  92647<br>Tracking No: 9489009000027627462169<br><br>ALLEVIATE FINANCIAL SOLUTIONS LLC<br>4 PARK PLAZA<br>SUITE 500<br>IRVINE, CA  92614<br>Tracking No: 9489009000027627462170<br><br>GUARDIAN LITIGATION GROUP PLLC<br>17922 FITCH STE 150<br>IRVINE, CA  92614<br>Tracking No: 9489009000027627462171 | $26.79 | |
| 09/07/2023 | SUCCESSFUL SERVICE<br>Method   : CERTIFIED MAIL WITH BAR CODE NEW<br>Issued    : 08/24/2023<br>Service   : OTHER CIVIL COMPLAINT W/ EXHIBITS<br>Served    : 08/31/2023<br>Return    : 09/07/2023<br>On       : GUARDIAN LITIGATION GROUP PLLC<br>Signed By : SIGNED NOT LEGIBLE<br><br>Reason    : SUCCESSFUL SERVICE<br>Comment  :<br><br>Tracking #: 9489009000027627462171 | | Image |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| COST | $243.79 | $181.00 | $0.00 | $62.79 |
| | $243.79 | $181.00 | $0.00 | $62.79 |

- **Money on Deposit with the Court**

| **Account** | **Applied Amount** |
|---|---|
| DEPOSITS | $0.00 |
| | $0.00 |

**Receipts**

| **Receipt Number** | **Receipt Date** | **Received From** | **Payment Amount** |
|---|---|---|---|
| 468662 | 08/24/2023 | Jeremiah Heck | $253.00 |
| | | | $253.00 |

**Case Disposition**

| **Disposition** | **Date** | **Case Judge** |
|---|---|---|
| UNDISPOSED | | OBRIEN, SEAN J |